UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARIE WOOTEN, ) | Case No. EDCV 09-1207-RC |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) | |
| Defendant. ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Order of the Court, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: _February 10, 2010__    /S/ ROSALYN M. CHAPMAN_____
                                ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-1207.jud
2/10/10